# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 16-03331-CV-S-MDH |
| ANDREW WOLTERS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's *pro se* Motion for Reconsideration. (Doc. 70.) Defendant asks the Court to reconsider the December 10, 2020 Order denying his previous *pro se* motion, titled "Request for Extension of Time & Request for Production of Document."

Defendant argues that the Court failed to consider two facts. However, Defendant is incorrect. First, the undersigned specifically noted that Defendant is now housed at USP Atlanta in Atlanta, Georgia in the previous order. (Doc. 69 at 1.) And, the report at issue, the "Psychological Update for 4245 Commitment" dated August 16, 2020, was prepared by Dr. B. Blackmon-Harper, Advanced Care Level Psychologist at USP Atlanta. Thus, as stated in the previous order, the report is available for viewing by Defendant at USP Atlanta. (Doc. 69 at 2.)

Second, contrary to Defendant's assertion, he is still represented by David Mercer, First Assistant Federal Public Defender. The Anders Brief and withdrawal by Mr. Mercer was as to Defendant's appeal only and was not a withdrawal from representation of Defendant in the underlying and ongoing Section 4245 commitment.

Therefore, based on the foregoing, the undersigned declines to reconsider the previous order, and the *pro se* Motion for Reconsideration is **DENIED**. The Clerk's Office is directed to send a copy of this Order to Defendant at USP Atlanta via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: February 22, 2021